IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORWIN RUSSELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 2:04-CV-336-TMP |
| ) | |
| DONAL CAMPBELL, ALABAMA ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| RALPH HOOKS, Warden; and the ) | |
| ATTORNEY GENERAL of the ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## ORDER DISMISSING THE PETITION

The magistrate judge filed his report and recommendation on March 15, 2006, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief.  Objections have been filed.  Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation and the objections, the court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED.

It is therefore ORDERED that the petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is DENIED and DISMISSED WITH PREJUDICE.

Done this 20th day of April 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153